1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ENRIQUE OCHOA,

11          Plaintiff,                        No. CIV S-05-2255 GEB KJM P

12      vs.

13   SACRAMENTO COUNTY JAIL, et al.,

14          Defendants.                FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed May 10, 2006, plaintiff's complaint was dismissed and thirty days

17   leave to file an amended complaint was granted.  The thirty day period has now expired, and

18   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

19          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

21          These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23   days after being served with these findings and recommendations, plaintiff may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

26   /////

1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED:  July 7, 2006.

4

5   _____
    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10  /mp
    ocho2255.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26